Eber G. Ruth 21-57
H80343, A.2.26.3 Low
Valley State Prison
P.O. Box 96
Chow Chilla. CA 93610

Original FILED

AUG 18 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

U.S.D (Eastern District of California

Fresno

1:23 CV 01231 GSA (PC)

Eber G. Ruth                          Case No.

Reuters business                     supreme ct case number #

plaintiff                            S280225,

                                     court of Appeal, Fifth app

V.S.                                 District - No. F086146.

Thompson / West Group publishing     small claims ct number
Thomson / West Group publishing.     MSC010457.
Small claim ct (judge) Madera county  Violation of
court of Appeals, Fifth app Dist (judge)  42 U.S.C.S. 1983, 85(86)
supreme ct of california (judge)     conspiracy (Malversationist)
chief justice Guerrero               Tactic(s).
Jorge Navarrete clerk.               Appeal ruling cal supreme
                                     ct AUG-9-2023.
Defendants                           -Appeal-

plaintiff is forced to conclude that the california
supreme ct judge is in (error) on ruling denied
and is in fact (ad-abeting) defendants providing
them (impunity immunity) they are (Not)
intitled to such protection(s), knowing the
blatant facts that plaintiff (is) entitled to
rightfully (legally) prosecute the defendant(s)
for their deliberate Thieving Tactics plaintiff
plaintiff ($ 299,25 monetary funds)

RECEIVED
AUG 18 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

(1.)

of all people
why?

(see: exhibit T)

That was to be used to purchase a (blacks) Law Dictionary 11th edition (Deluxe), the small claims court justice\judge refused to follow through on her obligation (Fiduciary duties) to oversee and (check) the defendants thieving tactic(s) breach of contract after (the checks was cashed) see: exhibit T. And after following all the instruction(s) of the small claims court even to where plaintiff sent a (notice to appear) given ct date, the now defendant small claims court judge (dismissed the case for no reason) steping outside the sphere of Fiduciary obligation to cause plaintiff harm blatant deprivation (denied meaningful access to the court services) (deliberately indifferent), (vile) a party to collective [malversationistic ness] unlawful (transactional immunity) (qualifyed immunity) (so it seems) in this case (impunity immunity) leting or (ad-abeting) thieve(s) so it seems (nssisting on it! (blatant corruption) just running plaintiff in circles knowing their not going to provide a (just) (Truthful ruling) its just wrong no matter how you look at it the evidence (is) (overwhelming) requires educated leadership that can rightfully weight the facts (overt actions) and stop end all the running drag on performing their Fiduciary duties (to attack plaintiff)

plainTiFF is appalled at all the people That are willing To resort To Falsifying documents, libelousness, perjiry (waste Time) slanderousness just To blatant unlawfully attack plainTiFF whom is not guilty of [any thing] but Trying To protect hisself and Family From what has become clear is his own Government (corruption) (dereliction of duties) That are all To willing to resort To (scapegoating tactics) and yom Kippur For Their Forgiveness That's wrong (criminal)! all the immunities How is it That any (lay) person could resolve This issue easyly couldn't be more blatant? and deliberately engaged To attack plainTiFF via extreme (deprivation Tactics), (dafamation) via libelousness documentations, blacklisted boycotted (why?) rip·off making plainTiFF The (burdened) where the defendants are The ones engaged in criminal (thieving (usury/usurp) unlawful entail tactic[s] plagiarism, (satirical) liar[s] every Form of criminal abuse known, so iT seem[s] defendants are deep into craftyness wanton, heinious, sadistic cruel belligerance is all it is Fight, Fight, Fight can't seem To Fix anything (why lie?)

③

Storey of plainTiFFs life be (abused) by his Government and all their entiTies iTs blatant (malversationisT- icrness) 33 plus years oF suFFering plainTiFF was a Tax payer all his life up To 34 years inTell un lawFully (Kidnapped) by vile judges, DisTricT ATTorney eTc, eTc, eTc running For 33 years now. while on lock down because oF covid-19 No access To law library choose To purchase a black law DicTionary 11th ediTion (Deluxe) well, soiTs said ignoranT ignorance oF The law is no excuse so To betTer understand just how To, as (habeaus corpusefs] Fall on deaF ears). insisT on plainTiFF being enemy so as To demonized and exploiTion usuFuncTuary usury usurp, plainTiFF is noT criminally minded but is learning That even our Government resorts To circumventing The Real TRuTH, sad but True enTenTion[s] DeFendanTs are in (FacT) sick with iT power, control, greed deliberate dereliction oF duty - hence (derelicT-oFFicial acT) (1912)- move - For accountabiliTy ruling plainTiFF is at a loss For words as To (debTs) DeFendanTs actually owe plainTiFF 33 year[s] DeFendanTs wages deliberate (T Fold) Thieving enTention[s] all along, puniTive (160) ~

(4.)

plaintiFF RespectFully moves this honorable court To provide protective sanctions, To provide plaintiFF Trial by jury, investigator etc courts services as plaintiFF is so appalled at all the excuses and delay processes That yield nothing but job security For Those whom choose To (go out of the official (job) and cause plaintiFF (harm) blatant deprivation and life, liberty release and meaningFul (access To laws (ad-abeting) DeFendants where The burden is To be directed, Not plaintiFF Move For any Form of protection available — please —

Thank you in advance
move For
compensaTory damages~

Elvis G. Bull    7.1.57
plaintiFF | petitioner signature

SUPREME COURT
FILED

AUG – 9 2023

Jorge Navarrete Clerk

Deputy

Court of Appeal, Fifth Appellate District - No. F086146

S280225

# IN THE SUPREME COURT OF CALIFORNIA

## En Banc

EBER G. RUTH, Petitioner,

v.

SUPERIOR COURT OF MADERA COUNTY, Respondent;

THOMPSON/WEST GROUP PUBLISHING, Real Party in Interest.

The petition for review is denied.

GUERRERO

*Chief Justice*





## Supreme Court of California

JORGE E. NAVARRETE
CLERK AND EXECUTIVE OFFICER
OF THE SUPREME COURT

EARL WARREN BUILDING
350 McALLISTER STREET
SAN FRANCISCO, CA 94102
(415) 865-7000

August 3, 2023

**SENT VIA USPS MAIL**

Ruth G. Eber
Valley State Prison
P.O. Box 96
Chowchilla, CA 93610

Re:    **S280225 — RUTH v. S.C. (THOMPSON/WEST GROUP PUBLISHING)**

Dear Ms. Ruth:

No action may be taken on your request to appoint counsel to represent you in the above-referenced case. The court does not appoint counsel in these matters. Your petition is still pending. You will be notified by mail when the court issues an order regarding your petition.

Very truly yours,

JORGE E. NAVARRETE
Clerk and
Executive Officer of the Supreme Court

By: L. Brooks, Deputy Clerk

cc: Rec.



Eber G. Ruth 7-1-57
H 80343, A-2-20. 4 Low
valley state prisons
P.O.Box 96
chow chilla, ca 93610

- copy -
move for liberal
- construction -

RECEIVED
JUL 31 2023
CLERK SUPREME COURT

In The supreme court of California

Eber G. Ruth 7-1-57
Reuters business
plainTiFF/petitioner

V.S.

Thompson/west Group publishing
Thom son / west Group publishing

small claims courT (judge)
Adrienne Calip\cheris oF cti
Deputy
courT oF Appeds FiFth aff DisT (judge)
DeFendanTs

S280225

courT oF Appeal, FiFth Appellate
DisTric _ NO. F086146
5.mall claims case-NO.
MSC010457
ViolaTions
42 U.S.L.S. §1983, 85 (86)
MoTion For summary ruling
judgment as a matter oF law.)
moTion For summary disposiTion
[cases: Federal civil procedure Key
2533; Judgment disposiTion Key 18K(2)
183. Fed.R.Civ.P.56-Abbr.M.S.j.
MoTion For appoinTment oFATTorney et
law, lawyer private investigator.

plainTiFF contends That The DeFendant are in Fact engaged
in [deliborate] deprivation (state Tactics) via ruling oF
(Dismissed X and without prejudice; blatant abuse oF
[see: exhibit]
discreationary power in Fact is Tantamount To: (ad-abeting)
deFendant's where The plainTiFF Followed all small claims
courTs instruction(s) and just To be blacklisted and
boycotted by The very courts That did in Fact have a
Fiduciary responsibility To process and Follow Through
via prosecutioning\prosecuting The deFendant's (but)
choose To step [outside] the sphere oF their official
duties) to boycott, agitate and engage in, blatant
deprivation and dereliction oF duTy-ies, Forcing
plainTiFF To conclude That The (vile judge(s)) deliberate
overTactions where To harm plainTiFF and (cut oFF

his access To The court) professional services in blatant (violationsoF 42 u.s.c.s §1983. 85 (86) conspiracy Tactics) (ad-abeting) defendants) where plaintiff provided [all the evidence To (proof (prove) and (substantiate) a clean cognitive ruling on plaintiff behalf\Favor all evidence weighted the vile judges choose To stray From professional duties and resort To criminal tactics oF black listing deprivation and collective boycotting. via on their own (overt action(5) deliberate nulifying, [stop] (stagnant) plaintiff case That should have been ruled on in small claims court iF not For (deliberate vileness) reprisal Tactics] collective [malversation;sti¯ness]

where one bad vite judge provids another (impunity immunity) (qualify-ed immunity) on keeping iT real\criminal (absolute immunity) To abcise and deprivate plaintiff his legal rights To deFend his self and expection That the courts would activate conformative services To [prosecute defendants] via rules oF court laws, statues, honorable truthFul protection(s) plaintiff is overwhelmed by all The deliberate vileness That (plague(s) The legal system) \judicial daFamation black listing \boycotting abcise oF power (slap in Face) To honest legal systems ability To [resolve] issue (s) on impartial/soundness cognitive insightFul/weight even given [All] evidence To resolve (choose To not respond (honesTTy) /pressure] That is Tantamount To criminal (and The (worsT Kind)

just cant be Trusted why is That? so blatantly brought To light violations To protections under legal systems controling authoriTy/power held under 42 U.S.C.S. §1983, 85, (86) most appalling To be The victim oF endless aTTacking tactic(s) and The DeFendant(s) justresorT To exploitaTion usury/usurp knowing Their criminal conduct go's unchecked where [oversight] is well The under-staTement word would be collective malversationisticness (vileness), prone To[scapegoaTing]eTc all manner oF corrupTion, Truth plainTiFF never thought possable overwhelming evidence speeks For iTself iT like a Target For blacklisTing aFTer(Demonizing) endless delay Tactic(s) or Tyrant agitator(s) whom know Their noT going To provide resolve (honestTy/TruthFully) plainTiFF, is Forced To conTend That the cour Ts are in Fact engaged in (ad-abeTing) DeFendan(s and -Nove(s)- This honorable courT actively acknawledge as such criminal/motivaTions (outside sphere oF Their duties)To cause plainTiFF danial oF (meaningFul access To The courTs)(as) and (For a (deFense) -Nove - For summary ruling The DeFendanTs wages 3 years (7 Fold) plus punitive, ATTorney Fees, interest, plainTiFF Moves This honorable courT To(provide) appointment ATTorney at law/lawyer/counsel and the[services]oF (private investigators) due To The endless complexiTy oFThis case judicial systems (ad-abeTing) DeFendanTs Thieving, (deprivation) deFamation (stigmatizing) Tactics see: exhibits:

Glen Welch

plaintiff about and he is the right
(owner) and is entitled to the possession
and full use of his properties and to the
full use legal binding protections from
laws all manner of legal standing
legal binding controling authorities
effective conformation [ruling(s)]
affirmation, affirmative representation (1.)
-move-to-end-
breach of Fiduciary duties, responsibilities
dereliction of duty.ies vile judgments, Malversation, sT-
icness criminal lys liars libelousness documents
(absolute immunity)(impunity immunity) (qualifyied immunity)
please

Thank you in advance

Elmer C. Ruth          7-1-57
owner plaintiff petitioner

date 7-27-2023

c ½

_exhibit C._

# Superior Court of the State of California
## County of Madera

200 South G Street ❖ Madera CA 93637
Phone: 559-416-5520 ❖ Fax: 559-675-5036

**Presiding Judge: Ernest J. LiCalsi**          **Assistant Presiding Judge: Dale J. Blea**

**Court Executive Officer: Adrienne Y. Calip**

*An Affirmative Action/Equal Opportunity Employer*

August 8, 2022

Eber G Ruth H80343, A-2-2-3L
Valley State Prison
P.O. Box 92
Chowchilla, California 93610

Dear Eber G Ruth:

We are in receipt of the court papers that you are trying to file. We are the Self-Help Center for the courthouse, assisting self-represented litigants on their civil legal matters.

We have reviewed the papers that you were trying to file. In reviewing the paper that you wrote, it looks to be a small claims action for the $299.25 that you paid but did not receive the merchandise. You would be required to send a demand letter to the defendant before filing a small claims action. Please find enclosed the Small Claims packet for your information. Also please find enclosed the fee waiver packet because the court does charge a filing fee for filing a small claims action.

If you are suing a corporation, you will also need to determine who the agent for service of process is to serve on behalf of the corporation. That information is available on the California Secretary of State's website as to corporation information.

If you want to file a criminal complaint against the company, you will need to file a police report and/or complaint with the warden's office as to how to lodger your complaint. We do not assist with criminal matters.

If you have any further questions or need assistance with legal information or procedures, you can contact this office.

Sincerely,

Leroy V Gee
Self-Help Attorney/Family Law Facilitator



Enclosures




Ruth, Eber G. petitioner

H80343,

* original \ exhibit's A,B,C

(exhibit A.) 8 (D)

(Demand letter)

Case# MSC010457

Petitioner sent you a check issue Date 7/16/2021 has not gotten said merchandise Black's Law Dictionary 11th Edition (Deluxe) copy of check is said (exhibit A) For $299.25 petitioner is requesting \ demanding that he be provided said Black's Law Dictionary here it is 8.11.2022 and (no Book yet) petitioners understanding the check was cashed on 4/18/2022, petitioner is being forced to File with small claims court as its been (over a Year) and there don't seem to be a response from your company? Petitioner didn't \ did not receive said Dictionary as of 8.11.2022

please respond in that sending petitioner said Black's Law Dictionary 11th Edition (Deluxe) as was to Fulfill

(12) (obligation (contract) to provide said Black's Law

E. Dictionary 11th Edition (Deluxe), please (so slow)

date 8.14.2022

Eber G. Ruth   7.1.57

(exhibit B.) 4(E)

# Memorandum

Date:   6/21/2022

To:    Ruth, E.
       H80343
       A2-02-3L

Subject:  RESPONSE TO STOP PAY REQUEST

Per your Request, the Trust Office prepared and mailed a Stop Payment Request to the State Treasurer's Office (STO) for Thomson/West Group Publishing. The effective date of the stop pay provided by STO was 4/27/2022. Unfortunately, the check was already cashed on 4/18/2022 and a stop payment could not be complete on check #919271. Therefore, the amount of $299.25 could not be refunded to your trust account. Please see attached copy of check #919271. Please contact the Thomson/West Group Publishing directly for your refund. The Trust Office cannot provide any further assistance.

E. Higareda
Accounting Officer, Specialist
Inmate Trust Office/Valley State Prison





HOLD AT AN ANGLE TOWARD LIGHT TO VERIFY ARTIFICIAL WATERMARK

*exhibiT F.*

H80343-RUTH, EBER

23925 AA

FIONA MA, CPA, TREASURER
STATE OF CALIFORNIA
SACRAMENTO

ACCOUNT - NUMBER -SERIAL
198 - 0919271

90-1342
1211

PAY TO THE ORDER OF

THOMSON/WEST GROUP PUBLISHING
610 OPPERMAN DRIVE
EAGAN, MN 55164

ISSUE DATE
07/06/2021

CHECK AMOUNT
$**299.25**

CALIFORNIA DEPARTMENT OF
CORRECTIONS & REHABILITATION

By _____

Type:2 Fund:198 Serial:919271 Disp:1 PayAmount:$299.25 SourceType:9 Batch:0 ItemsInBatch:11
Amount:$299.25 Date:04/18/2022 NoteID:- Sequence:4304072530 BOFDDATE:20220415
BOFDSEQ:8010199544 BOFDTR:71000288 xRetCODE:-

*exhibiT E ~*

*See: Address ???????*

PAY TO THE ORDER OF
HARRIS TRUST AND SAVINGS BANK
CHICAGO<ILLINOIS 60690

FOR DEPOSIT ONLY
WEST PUBLISHING CORPORATION

FOR DEPOSIT ONLY >0759120684<

A-7470
G-7470016    20220414

*letter Tottum    6-27-2022*



Name and Address of Court:
200 South G Street
Madera, CA 93637

SMALL CLAIMS CASE NO.: MSC010457

| NOTICE TO ALL PLAINTIFFS AND DEFENDANTS: Your small claims case has been decided. If you lost the case, and the court ordered you to pay money, your wages, money, and property may be taken without further warning from the court. Read the back of this sheet for important information about your rights. | AVISO A TODOS LOS DEMANDANTES Y DEMANDADOS: Su caso ha sido resuelto por la corte para reclamos judiciales menores. Si la corte ha decidido en su contra y ha ordenado que usted pague dinero, le pueden quitar su salario, su dinero, y otras cosas de su propiedad, sin aviso adicional por parte de esta corte. Lea el reverso de este formulario para obtener información de importancia acerca de sus derechos. |
|---|---|

PLAINTIFF/DEMANDANTE (Name, street address, and telephone number of each)
Eber G Ruth
PO Box 96
Chowchilla, CA 93610

Telephone No.

Telephone No.

DEFENDANT/DEMANDADO - (Name, street address, and telephone number of each)
Thomson/ West Group Publishing
610 Oppermamn Dr
Eagan, MN 55164

Telephone No

Telephone No

☐ See attached sheet for additional plaintiffs and defendants.

## NOTICE OF ENTRY OF JUDGMENT

Judgment was entered as checked below on (date): 5/2/2023

1. ☐ Defendant (name, if more than one):
   shall pay plaintiff (name, if more than one):
   $ _____ principal and: $ _____ costs on plaintiff's claim.
2. ☐ Defendant does not owe plaintiff any money on plaintiff's claim.
3. ☐ Plaintiff (name, if more than one):
   shall pay defendant (name, if more than one):
   $ _____ principal and $ _____ costs on defendant's claim.
4. ☐ Plaintiff does not owe defendant any money on defendant's claim.
5. ☐ Possession of the following property is awarded to plaintiff (describe property):

6. ☐ Payments are to be made at the rate of: $ _____ per (specify period): _____ , beginning on (date): _____
   and on the (specify day): _____ day of each month thereafter until paid in full. If any payment is missed, the entire balance may become due immediately.
7. ☒ Dismissed in court   ☐ with prejudice.   ☒ without prejudice.
8. ☐ Attorney-Client Fee Dispute (Attachment to Notice of Entry of Judgment) (form SC-132) is attached
9. ☐ Other (specify):

10. ☐ This judgment results from a motor vehicle accident on a California highway and was caused by the judgment debtor's operation of a motor vehicle. If the judgment is not paid, the judgment creditor may apply to have the judgment debtor's drivers license suspended.
11. Enforcement of the judgment is automatically postponed for 30 days or, if an appeal is filed, until the appeal is decided.
12. ☐ This notice was personally delivered to (insert name and date):
13. CLERK'S CERTIFICATE OF MAILING - I certify that I am not a party to this action. This Notice of Entry of Judgment was mailed first class, postage prepaid, in a sealed envelope to the parties at the addresses shown above. The mailing and this certification occurred at the place and on the date shown below.

Place of mailing: Madera , California
Date of mailing: 7/17/2023

Adrienne Calip / Clerk of Court   Clerk, by _____, Deputy

The county provides small claims advisor services free of charge. Read the information sheet on the reverse.

Page 1 of 2

NOTICE OF ENTRY OF JUDGMENT
(Small Claims)

Code of Civil Procedure, § 116.610
www.courtinfo.ca.gov

Court of Appeal, Fifth Appellate District
Brian Cotta, Clerk/Executive Officer
Electronically FILED on 5/4/2023 by JEVANS, Deputy Clerk

IN THE

# COURT OF APPEAL OF THE STATE OF CALIFORNIA

IN AND FOR THE

## FIFTH APPELLATE DISTRICT

EBER G. RUTH,

     Petitioner,

        v.

THE SUPERIOR COURT OF MADERA COUNTY,

     Respondent;

THOMPSON/WEST GROUP PUBLISHING,

     Real Party in Interest.

F086146

(Madera Super. Ct. No. MSC010457)

**ORDER**

**BY THE COURT:** [*]

    The petition for "Writ of Mandate …," filed on April 26, 2023, is denied.

Levy, A.P.J.

_____

[*]    Before Levy, A.P.J., Peña, J. and Meehan, J.

- _execution of Laws, conduct_
  executive
  synonyms: ～～～

administrative, directorial, managerial, supervisory,
administrant, administrator, archon, director, exec,
manager, superintendent, supervisor

deliberate dereliction, malversationisticness
schadenFraud, abusive, -exploitation-
plagiarism tactics, unlaw usury/usurp, deliberate
deprivation, daFamation
  almost forgot about (reprisal) challenging

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P.5;28 U.S.C. §1746)

I, _Eber G. RuTH 7-1-57_____, declare:

I am over 18 years of age and a party to this action. I am a resident of _chowchilla, Valley State California_____ prison, in the

county of _Madera_____ in the State of California. My Prison is:_____

_Valley State, P.O.B. 96 chowchilla, Ca 93610_____.
_on: 7-27-2023_

documents — _MoTion for summary ruling\disposition,_

· I served the attached documents: _MoTion For appointment of Attorney_

_at law\lawyer counsel, appointment private investigator_

_____

(Describe Document)

On the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope. With

postage therein fully paid in the United States Mail in a deposit box so provided at the above-named

correctional institution in which I am presently confined. The envelope was addressed as follows:

_Eber G. RuTH 7-1-57_
_H 80343, A-2-20 Low_
_valley State prison P.O.B. 96_        and to:
_chowchilla, Ca 93610_

_office of The clerk_
_Supreme cT of California_
_350 McAllister street_
_____
_san Francisco, Ca 94102-4797_

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is
true and correct.

Executed on ___7-27-2023___          _Eber G. RuTH_

(Date)                                (Signed)

Court of Appeal, Fifth Appellate District - No. F086146

S280225

# IN THE SUPREME COURT OF CALIFORNIA

EBER G. RUTH, Petitioner,

v.

SUPERIOR COURT OF MADERA COUNTY, Respondent;

THOMPSON/WEST GROUP PUBLISHING, Real Party in Interest.

The time for granting or denying review in the above-entitled matter is hereby extended to and including August 28, 2023, or the date upon which review is either granted or denied.

GUERRERO

_____

*Chief Justice*



## PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P.5;28 U.S.C. §1746)

I, _Eber C. Ruth_ , declare:

I am over 18 years of age and a party to this action. I am a resident of: _California_ prison, in the county of _Madera_ in the State of California. My Prison is: _Valley State Prisen Chadchilla Ca 93610_ .

On _8·16·2023_ ,

I served the attached documents: _Motion To compel, 42 U.S.C. §§ 1983 85(86), Motion For Summary judgement Appeal - (Move For ) (Funds (ruling) disposition. (punitive Damages (monetary)_

(Describe Document)

On the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope. With postage therein fully paid in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

_Eber C. Ruth, H80343_
_A·2·26·3 Low_
_Valley State Prisen, PO Box 96_           and to:   _USDC Eastern District_
_Chowchilla, Ca 93610_                              _Fres no_
                                                    _2500 Tulare Street #501_
                                                    _Fresno, CA 93721_

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _8·16·2023_                    _Eber E. Ruth_

(Date)                                      (Signed)