# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBER G. RUTH,<br><br>        Plaintiff,<br><br>    vs.<br><br>THOMPSON WEST GROUP PUBLISHING, et al.,<br><br>        Defendants. | **1:23-cv-01231-GSA-PC**<br><br>**ORDER DIRECTING THE CLERK'S OFFICE TO ADMINISTRATIVELY RE-DESIGNATE THIS ACTION AS A 440 CIVIL ACTION, RANDOMLY ASSIGN A DISTRICT JUDGE, AND RANDOMLY REASSIGN A MAGISTRATE JUDGE OTHER THAN MAGISTRATE JUDGE GARY S. AUSTIN** |

This case was filed on August 18, 2023, by plaintiff Eber G. Ruth, a state prisoner proceeding *pro se*. The action was inadvertently designated at opening as a prisoner conditions-of-confinement case.

Therefore, the Clerk's Office is **HEREBY DIRECTED** to:

1. Re-designate this action as a 440 civil action;
2. Randomly assign this case to a district judge; and
3. Randomly reassign this case to a magistrate judge other than Magistrate Judge Gary S. Austin.

IT IS SO ORDERED.

    Dated:   **August 18, 2023**                  /s/ Gary S. Austin
                                                                      UNITED STATES MAGISTRATE JUDGE