# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBER G. RUTH,<br><br>            Plaintiff,<br><br>      v.<br><br>THOMPSON WEST GROUP PUBLISHING, et al.,<br><br>            Defendants.<br>_____/ | Case No.  1:23-cv-01231-JLT-SKO<br><br>**ORDER DIRECTING PLAINTIFF TO PAY THE $402 FILING FEE OR SUBMIT A COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN 30 DAYS OF SERVICE OF THIS ORDER** |

Plaintiff Eber G. Ruth ("Plaintiff") is proceeding *pro se* in this action.  Plaintiff has neither paid the $402 filing fee, nor submitted an application to proceed in forma pauperis pursuant to Title 28 of the United States Code section 1915.

Accordingly, IT IS HEREBY ORDERED that:

**Within thirty (30) days of the date of service of this order**, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or, in the alternative, he shall pay the $402 filing fee for this action.  No requests for extension will be granted without a showing of good cause.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **August 25, 2023**                    /s/ *Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE