# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBER G. RUTH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THOMPSON WEST GROUP PUBLISHING, et al.,<br><br>　　　　　Defendants. | No. 1:23-cv-01231 JLT SKO<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE<br><br>(Doc. 13) |

　　　　On December 18, 2023, the Court denied Plaintiff's application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g) and ordered Plaintiff to pay the filing fee within 30 days. (Doc. 13.) Plaintiff was also informed that if he failed to pay the filing fee, "this action may be dismissed without prejudice and without further notice." (*Id*. at 2.) Despite this warning, Plaintiff failed to pay the filing fee, and the time to do so has expired.[1] Thus, the Court ORDERS:

　　　　1. This action is DISMISSED without prejudice.

　　　　2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

　　Dated:　__May 22, 2024__　　　　　　　　　　　　／s／ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] On April 29, 2024, Plaintiff's appeal of the December 18, 2023, order was dismissed for failure to prosecute. (*See* Doc. 20.)